**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6740**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD TIRRELL TERRY,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CR-97-63-L, CA-98-2903-L)

———————

Submitted: August 3, 1999        Decided: August 19, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Tirrell Terry, Appellant Pro Se. Joyce Kallam McDonald, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Tirrell Terry seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We deny a certificate of appealability and dismiss the appeal because we have already addressed all of Terry's claims in his prior appeal. See United States v. Terry, No. 99-6228 (4th Cir. June 22, 1999) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2